IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 5:06-cr-39-DCB-JCS

BADEY MUTHANA SALEH HASSON

### ORDER OF DISMISSAL

PURSUANT to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, Badey Muthana Saleh Hasson, without prejudice.

DUNN LAMPTON
United States Attorney

Date:__4/11/2007__                         //s// _Marc A. Perez_____
                                  BY:   MARC A. PEREZ
                                         Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  12th  day of April, 2007.

  s/ David Bramlette
UNITED STATES DISTRICT JUDGE